No. 4,797.—STATE EX REL. W. D. RANKIN, ATTORNEY GENERAL, RELATOR, *v.* NORTHERN PACIFIC RAILWAY CO. ET AL., RESPONDENTS.

APPLICATION for leave to file complaint in supreme court.

Decided January 27; 1921.

PER CURIAM.—The application of relator herein for permission to file in this court an original complaint seeking an order to show cause and a temporary restraining order enjoining defendant railway companies from putting into effect any and all laws of the state of Montana relating to rates, fares, *etc.*, is, after due consideration, denied, for the reason that the court refuses to take jurisdiction of the cause.

*Mr. Wellington D. Rankin,* Attorney General, *pro se.*

---

No. 4,791.—V. M. FOWLER, RESPONDENT, *v.* B. J. PARSONS ET AL., APPELLANTS.

*Appeal from District Court, Dawson County.*

Decided February 1; 1921.

PER CURIAM.—The motion of respondent herein to dismiss the appeal, on the ground that the record on appeal was not filed in the supreme court within time, is granted and the appeal is dismissed.

*Mr. A. A. Grorud, Mr. Jens Rivenes* and *Mr. H. J. Haskell,* for Respondent.